UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **CV 26-6665 FMO (DMKx)** | Date | **July 22, 2026** |
| Title | **Accelerant Specialty Insurance Company v. Golden Opportunity No. 14 LP, et al.** | | |

| | |
|---|---|
| Present: The Honorable | Fernando M. Olguin, United States District Judge |

| | | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
| None Present | None Present |

**Proceedings:** **(In Chambers) Order to Show Cause Re: Subject Matter Jurisdiction**

On June 18, 2026, Accelerant Specialty Insurance Company ("plaintiff"), filed its Complaint asserting state law claims against several defendants. (See Dkt. 1, Complaint). Subject matter jurisdiction is predicated on diversity of citizenship pursuant to 28 U.S.C. § 1332. (Id. at ¶ 18). Having reviewed the Complaint, the court finds that plaintiff has failed to adequately allege diversity jurisdiction as to a number of defendants. Accordingly, IT IS ORDERED that no later than **July 28, 2026**, plaintiff shall file a First Amended Complaint demonstrating the court's subject matter jurisdiction. The First Amended Complaint shall set forth each party's citizenship. The Order to Show Cause will stand submitted upon the filing of a First Amended Complaint that addresses the issues raised in this Order on or before the date indicated above. **Failure to respond to this order to show cause by the deadline set forth above shall be deemed as consent to dismissal of the action without prejudice** for lack of subject matter jurisdiction.

00 : 00

Initials of Preparer vdr